UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HILARY BLEVINS,

    Plaintiff,                                     Case No. 19-cv-13132
                                                  Hon. Matthew F. Leitman

v.

MICHIGAN OPERA THEATRE,

    Defendant.

_____/

## ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 19, 20)

On November 10, 2021, the Court held an in-person hearing on the parties' cross-motions for summary judgment. (*See* Mots., ECF Nos. 19, 20.) For the reasons stated on the record, the motions are **DENIED**.

    **IT IS SO ORDERED**.

                                                         s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: November 29, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 29, 2021, by electronic means and/or ordinary mail.

                                                          s/Holly A. Monda
                                                          Case Manager
                                                          (810) 341-9764